AO 442 (Rev. 12/85) Warrant for Arrest    AUSA PAUL F. SCHWARTZ,    FBI S/A JOE CICINI

## United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

EMRO CAPRI
aka "Mike Capri"

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6154

CR-JORDAN

MAGISTRATE JUDGE
BANDSTRA

YOU ARE HEREBY COMMANDED to arrest ___EMRO CAPRI___
                                                    Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, Illegal gambling business, Money laundering conspiracy

in violation of Title __18__ United States Code, Section(s) __1962(d), 1955, 1956(h)__

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $100,000 Corporate Surety Bond with Nebbia

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

6/6/00 - Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER
by __UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |