UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs                                    Case No:   00-6154-CR-JORDAN

  REYNOLDS MARAGNI, ETAL /

**O R D E R**

THIS CAUSE is before the Court for the initial appearance of the above-named

defendant(s) on a SEALED Indictment.

UPON ORAL motion of the government in open court that the case be unsealed, it is

hereby

ORDERED AND ADJUDGED that the Indictment  be unsealed as to all parties.

DONE AND ORDERED at Fort Lauderdale, Florida this 21st day of June, 2000.


LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE