UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: CR 00 6154
             Plaintiff ) 
                       ) REPORT COMMENCING CRIMINAL
  -vs-                 )           ACTION
                       )
  CAPRI EMRO           ) 55354-004
             Defendant

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court       (circle one)

FILED JUN 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 1200 / 1200 (am/pm)

(2) Languge Spoken: ENGLISH

(3) Offense(s) Charged: RICO Conspiracy, Illegal gambling business, Money Laundering Conspiracy

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 1-20-52

(6) Type of Charging Document: (check one)
    [✓] Indictment  [ ] Complaint  To be filed/Already filed
    Case# 00 6154

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern District of Florida

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES  [ ] NO

Amount of Bond: $100,000 Corporate Surety Bond w/Nebbia
Who set Bond: US Magistrate Barry Seltzer

(7) Remarks: _____

(8) Date: _____    (9) Arresting Officer: _____

(10) Agency: _____    (11) Phone: _____

(12) Comments: _____

Rec'd in MIA Dkt 6/26

23/3