COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

*FILED by AG D.C. JUN 2 [?] 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

DEFT: EMRO CAPRI           (J)         CASE NO: 00-6154-CR-JORDAN
AUSA: PAUL SCHWARTZ  *pres*           ATTY: Robin Farnsworth
AGENT: FBI                            VIOL: 18:1956(h)
PROCEEDING I/A ON SEALED INDICT.      RECOMMENDED BOND 100,000 CSB w/NEBBIA
BOND HEARING HELD - yes/no            COUNSEL APPOINTED FPD
_____ BOND SET @
_____ SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS     x's a wk/month by phone;     x's a wk/month in person
3) Travel extended to:

Govt ore tenus motion to unseal - Granted
advised of charge
sworn for appointment of cnsl

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Bond hrg deferred - cnsl will call

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
                          PTD/BOND HRG:
                          PRELIM/ARRAIGN:
                          REMOVAL HRG:
                          STATUS CONF: N/A

Date: 6/21/00    Time: 11:00    FTL/LSS TAPE #00- 030    Begin: 1595    End: 3552

Rec'd in MIA Dkt 6/26

33/38