AO 442 (Rev. 12/85) Warrant for Arrest     AUSA PAUL F. SCHWARTZ     FBI S/A JOE CICINI

# United States District Court

SOUTHERN DISTRICT OF FLORIDA   481 473

UNITED STATES OF AMERICA

V.

EMRO CAPRI
aka "Mike Capri"

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6154-CR-JORDAN

MAGISTRATE JUDGE
BANDSTRA

YOU ARE HEREBY COMMANDED to arrest ____ EMRO CAPRI ____
                                         Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, Illegal gambling business, Money laundering conspiracy

in violation of Title  18  United States Code, Section(s)  1962(d), 1955, 1956(h)

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

6/6/00 - Fort Lauderdale, Florida
Date and Location

Bail fixed at $100,000 Corporate Surety Bond with Nebbia     by  BARRY S. SELTZER
                                                                  UNITED STATES MAGISTRATE JUDGE
                                                                  Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/6/00 | James A. Tassone, US Marshal | |
| DATE OF ARREST | | |
| 6/21/00 | FOR: FBI | Fred Depompa, SDUSM |

81/