## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: EMRO CAPRI (J)   CASE NO: 00-6154-CR-JORDAN WPD

AUSA: PAUL SCHWARTZ  pres   ATTY: MARTIN BIDWILL, AFPD  pres

AGENT: ___   VIOL: ___

PROCEEDING: STIPULATED BOND / ARRAIGNMENT   RECOMMENDED BOND: ___

BOND HEARING HELD - yes / no   COUNSEL APPOINTED: ___

BOND SET @: 100,000 PSB / 50,000 10%   To be cosigned by: wife

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☑ Rpt to PTS as directed / or ___ x's a week/month by phone, ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ___
- ☐ Travel extended to: ___
- ☐ Halfway House ___

FILED by ___ D.C.
JUN 2 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

---

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:

INQUIRY RE COUNSEL: ___

PTD/BOND HEARING: ___

PRELIM/ARRAIGN. OR REMOVAL: ___

STATUS CONFERENCE: N/A

DATE: 6/28/00   TIME: 11:00 A.M.   FTL/LSS TAPE # 00 - 036   Begin: 8:17   End: 11:17