UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS
Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EMRO CAPRI,

    Defendant.

_____/



### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

COMES NOW the defendant, by and through his undersigned attorney, and files his Unopposed Motion For Continuance, and states as follows:

1. The above-styled matter is set for trial on August 7, 2000, with a calendar call set for August 4, 2000. This is the first trial setting in this case.

2. The defendant is not ready for trial. The undersigned needs additional time to complete preparation for trial. Further, the undersigned needs additional time to complete the factual investigation in this matter.

3. On July 5, 2000, the undersigned received the Government's Response To the Standing Discovery Order. During the week of July 10, 2000, the undersigned received approximately two boxes of tape transcripts, as well as in excess of 170 audio tapes. The tapes



include approximately 1000 conversations monitored pursuant to two court ordered wiretaps, as well as numerous consensually recorded conversations. Because of the enormous volume of tapes and transcripts, as well as the complexity of the case, the undersigned needs additional time to review the Government's discovery, prepare appropriate pre-trial motions, and prepare for trial.

3.　　Pursuant to Local Rule 88.9, the undersigned has spoken with AUSA Paul Schwartz about this motion, and AUSA Schwartz has authorized the undersigned to represent that the Government has no objection to the court granting this motion.

WHEREFORE the defendant prays that the Court grant this motion and continue the trial of this cause.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

2

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 21st

day of July, 2000, to all counsel listed on the attached certificate of service list.

Martin J. Bidwill

## CERTIFICATE OF SERVICE LIST

Paul F. Schwartz, Esq.
Assistant United States Attorney
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33301

Allen Kaufman, Esq.
2900 North Dixie Highway, Suite 201
Oakland Park, Florida 33332-2666
(Counsel for Reynolds Maragni)

H. Dohn Williams, Esq.
721 N.E. 3rd Avenue
Fort Lauderdale, Florida 33304
(Counsel for Joseph Rotunno)

William Norris, Esq.
3225 Aviation Avenue, Suite 300
Coconut Grove, Florida 33133-4741
(Counsel for Percy Morris)

Dennis R. Bedard, Esq.
1717 North Bayshore Drive, Suite 102
Miami, Florida 33132
(Counsel for Bert Caskill)

Jim Stark, Esq.
524 South Andrews Avenue, Suite 304N
Fort Lauderdale, Florida 33301
(Counsel for Gary Braeseke)

Ira Loewy, Esq.
800 Brickell Avenue, Penthouse #2
Miami, Florida 33131
(Counsel for Martin Halpern)

Simon T. Steckel, Esq.
701 Brickell Avenue, Suite 3260
Miami, Florida 33131
(Counsel for William Hawkins)

Philip R. Horowitz, Esq.
Southpark Centre
12651 South Dixie Highway
Miami, Florida 33156
(Counsel for James Travers)

Raymond Miller, Esq.
400 S.E. 6th Street
Fort Lauderdale, Florida 33301
(Counsel for Martin Zarcadoolas)

John Cotrone, Esq.
509 S.E. 9th Street
Fort Lauderdale, Florida 33316
(Counsel for Michael Eddy)

Thomas D. Sclafani, Esq.
200 East Broward Boulevard, Suite 1210
Fort Lauderdale, Florida 33301
(Counsel for Richard D'Onofrio)

Herb Cohen, Esq.
200 S.E. 6th Street, Suite 205
Fort Lauderdale, Florida 33301
(Counsel for Scott Miller)

Michael Hursey, Esq.
One River Plaza
305 South Andrews Avenue, Suite 701
Fort Lauderdale, Florida 33301-1853
(Counsel for Jeanne Brooks)

Larry Bronson, Esq.
80 Pine Street, 32nd Floor
New York, New York 10005
(Counsel for Barbara Drezek)

Michael E. Dutko, Esq.
600 South Andrews Avenue, Suite 500
Fort Lauderdale, Florida 33301
(Counsel for Kaiser Akel)