UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS
Magistrate Judge Snow

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EMRO CAPRI,

        Defendant.

_____/

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS

COMES NOW the defendant, by and through his undersigned attorney, and files his Motion For Extension of Time To File Pre-trial Motions, and states as follows:

1. The above-styled matter is set for trial on August 7, 2000, with a calendar call set for August 4, 2000. By separate motion, the defendant is seeking a continuance of the trial date.

2. Pre-trial motions are currently due on July 26, 2000.

3. On July 5, 2000, the undersigned received the Government's Response To the Standing Discovery Order. During the week of July 10, 2000, the undersigned received approximately two boxes of tape transcripts, as well as in excess of 170 audio tapes. The tapes include approximately 1000 conversations monitored pursuant to two court ordered wiretaps, as well as numerous consensually recorded conversations. Additionally, the Government obtained substantial evidence by executing several search warrants during their investigation. In light of the



nature of the charges and the form of the evidence, there are several potential pre-trial motions that have to be considered and, if warranted, filed. Further, there are potential severance issues which may be the basis of pre-trial motions. Because of the enormous volume of tapes, transcripts and physical evidence seized by the Government, as well as the complexity of the case, the undersigned needs additional time to review the Government's discovery and then research and prepare appropriate pre-trial motions.

3. Pursuant to Local Rule 88.9, the undersigned has attempted to speak with AUSA Paul Schwartz about this motion but was unable to reach him.

WHEREFORE the defendant prays that the Court grant this motion and extend the time for filing pre-trial motions by at least ninety (90) days.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

2

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 21st day of July, 2000, to all counsel listed on the attached certificate of service list.

*Martin J. Bidwill*

Martin J. Bidwill

## CERTIFICATE OF SERVICE LIST

Paul F. Schwartz, Esq.
Assistant United States Attorney
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33301

Allen Kaufman, Esq.
2900 North Dixie Highway, Suite 201
Oakland Park, Florida 33332-2666
(Counsel for Reynolds Maragni)

H. Dohn Williams, Esq.
721 N.E. 3rd Avenue
Fort Lauderdale, Florida 33304
(Counsel for Joseph Rotunno)

William Norris, Esq.
3225 Aviation Avenue, Suite 300
Coconut Grove, Florida 33133-4741
(Counsel for Percy Morris)

Dennis R. Bedard, Esq.
1717 North Bayshore Drive, Suite 102
Miami, Florida 33132
(Counsel for Bert Caskill)

Jim Stark, Esq.
524 South Andrews Avenue, Suite 304N
Fort Lauderdale, Florida 33301
(Counsel for Gary Braeseke)

Ira Loewy, Esq.
800 Brickell Avenue, Penthouse #2
Miami, Florida 33131
(Counsel for Martin Halpern)

Simon T. Steckel, Esq.
701 Brickell Avenue, Suite 3260
Miami, Florida 33131
(Counsel for William Hawkins)

Philip R. Horowitz, Esq.
Southpark Centre
12651 South Dixie Highway
Miami, Florida 33156
(Counsel for James Travers)

Raymond Miller, Esq.
400 S.E. 6th Street
Fort Lauderdale, Florida 33301
(Counsel for Martin Zarcadoolas)

John Cotrone, Esq.
509 S.E. 9th Street
Fort Lauderdale, Florida 33316
(Counsel for Michael Eddy)

Thomas D. Sclafani, Esq.
200 East Broward Boulevard, Suite 1210
Fort Lauderdale, Florida 33301
(Counsel for Richard D'Onofrio)

Herb Cohen, Esq.
200 S.E. 6th Street, Suite 205
Fort Lauderdale, Florida 33301
(Counsel for Scott Miller)

Michael Hursey, Esq.
One River Plaza
305 South Andrews Avenue, Suite 701
Fort Lauderdale, Florida 33301-1853
(Counsel for Jeanne Brooks)

Larry Bronson, Esq.
80 Pine Street, 32nd Floor
New York, New York 10005
(Counsel for Barbara Drezek)

Michael E. Dutko, Esq.
600 South Andrews Avenue, Suite 500
Fort Lauderdale, Florida 33301
(Counsel for Kaiser Akel)