UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

EMRO CAPRI,

    Defendant.
_____/

### O R D E R

THIS CAUSE having been heard upon Defendant's July 21, 2000 Unopposed Motion For Continuance [DE-227], the Court DENIES the motion, without prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of July, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

Martin Bidwell, AFPD

