UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　CASE NO. 00-6154-CR-DIMITROULEAS

　　Plaintiff,

vs.

EMRO CAPRI,

　　Defendant.
_____/

### ORDER DENYING WITHOUT PREJUDICE EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS

THIS MATTER having come before the Court upon the Defendant's Motion for Extension of Time to file Pre-Trial Motions, and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is hereby DENIED without prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of July, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

~~Counsel on attached Certificate of Service List~~
CC: paul schwartz, AUSA
　　martin Bidwill, AFPD