## CRIMINAL MINUTES

FILED by _____ D.C.
AUG 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6154-CR-WPD   DATE: August 4, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Reynolds Maragni, et al

U.S. ATTORNEY: Paul Schwartz   DEFT. COUNSEL: See attached

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Dfts' joint motion to continue are granted. Court finds that the time from today until trial is deemed excludable under Speedy Trial Act.

Pretrial motion deadline is 9/11/00

JUDGMENT: _____

CASE CONTINUED TO: 10/20/00   TIME: 9:00   FOR: Cal. Call
MISC: 10/23/00   9:00   2 week trial period

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Honorable William P. Dimitrouleas                                                Courtroom 203E

  

Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **4** 9:00 AM Aug 2000 |  | Calendar Call/Status Conference | 00-6154-CR-WPD<br>UNITED STATES OF AMERICA<br>  Paul Schwartz, AUSA<br><br>VS.<br><br>REYNOLDS MARAGNI (B)<br>  Allen Kaufman, Esq.<br>  563-6624<br><br>JOSEPH ROTUNNO (J) #55368-004<br>  H. Dohn williams, Esq.<br>  523-5432<br><br>PERCY MORRIS (J) # 55353-004<br>  William Norris, Esq.<br>  305-860-0988<br><br>BERT CASKILL (B)<br>  Dennis Bodard, Esq. *Kelly Rork for*<br>  305-530-0795<br><br>GARY BRAESEKE (B)<br>  James Stark, Esq.<br>  522-3307<br><br>EMRO CAPRI (B)<br>  Martin Bidwill, AFPD *+ Robert Berube*<br>  356-7436<br><br>DANIEL MEISEL (B) *- Reset to 8/8 @ 8:15*<br>  Herbert Cohen, Esq.<br>  766-8820<br><br>WILLIAM HAWKINS<br>  Simon Steckle, Esq.<br>  305-373-1900<br><br>JAMES TRAVERS (B)<br>  Philip Horowitz, Esq.<br>  305-232-1949<br><br>MARTIN ZARCADOOLAS (B)<br>  Raymond Miller, Esq. *+ David Vinikor*<br>  462-3668<br><br>MICHAEL EDDY (B)<br>  John Cotrone, Esq.<br>  779-7773 |

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

| Honorable William P. Dimitrouleas | Courtroom 203E |



### Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **4** Aug 2000 9:00 AM | | Calendar Call/Status Conference | 00-6154-CR-WPD<br><br>UNITED STATES OF AMERICA<br>Paul Schwartz, AUSA<br><br>VS.<br><br>KAISER AKEL (B) — *Reset 8/8 @ 8:45*<br>Michael Dutko, Esq.<br>452-1007<br><br>RICHARD D'ONOFRIO (B)<br>Thomas Sclarani, Esq. *Michael Hursey /72*<br>761-7201<br><br>SCOTT MILLER (B) — *Reset 8/8 @ 8:45*<br>Herbert Cohen, Esq.<br>766-8820<br><br>JEANNE BROOKS (B)<br>Michael Hursey, Esq. |
| 9:05 AM | | Calendar Call/Status Conference | 95-232-CR-WPD<br><br>UNITED STATES OF AMERICA<br>Lois Foster-Steers, AUSA<br><br>VS.<br><br>DAVID JOBSON (J) # 46631-004<br>Philip Horowitz, Esq. |
| 11:00 AM | | Sentencing | 99-575-CR-WPD<br><br>UNITED STATES OF AMERICA<br>Dana Washington, AUSA<br><br>VS.<br><br>ANGEL BLANCO (B)<br>Joaquin Perez, Esq.<br>305-261-4000<br><br>SPANISH INTERPRETER REQUIRED |