**CRIMINAL MINUTES**

FILED by _____ D.C.
OCT 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6154-CR-WPD    DATE: October 18, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Enrso Capri

U.S. ATTORNEY: Paul Schwartz    DEFT. COUNSEL: Martin Bidwill

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft Sworn and Questioned by the Court. Elect to enter guilty plea to Count 1. Gov't agrees to dismiss Counts 2 & 5 @ time of sentencing. Court accepts Guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 12/29    TIME: 11:00    FOR: Sentencing
MISC: Written plea agreement filed-