UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA, )
          Plaintiff, )
)
v. )
)
EMRO CAPRI, )
          Defendant. )
_____)



### GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO U.S.S.C. § 5K1.1

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to U.S.S.C. §5K1.1 and 18 U.S.C. §3553(e) respectfully requests that the Court depart from the Sentencing Guidelines based upon the following:

The defendant has provided substantial assistance in the investigation of other persons who have committed violations of federal law.

The government respectfully requests the opportunity to fully inform the Court, at time of sentencing, as to the substance of the defendant's cooperation with the government.

                          Respectfully submitted,

                          GUY A. LEWIS
                          UNITED STATES ATTORNEY

By:  _____
      PAUL F. SCHWARTZ
      ASSISTANT UNITED STATES ATTORNEY
      Court I.D. #A5500086
      500 E. Broward Blvd., 7th Floor
      Fort Lauderdale, Florida 33394
      Telephone:  (954) 356-7392
      Facsimile:  (954) 356-7230



**CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the foregoing was mailed this ___7___ day of ___Dec.___, 2000, to:

Martin Bidwell, Esquire
Federal Public Defender's Office
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, FL 33301-1100

PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY