UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,
    Plaintiff,

v.

EMRO CAPRI,

    Defendant.

_____/

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT

COMES NOW the defendant, Emro Capri, through his undersigned counsel, and files his Motion For Extension of Time to File Objections to Pre-Sentence Investigation Report, and states as follows:

1. The defendant pled guilty to being a member of a RICO conspiracy. Sentencing is set for December 29, 2000.

2. The United States Probation Office has prepared a PSI report pertaining to the defendant. The probation office advised that objections to the report are due December 8, 2000.

3. Counsel is in the process of considering possible objections to the PSI report. However, because of the undersigned's involvement in several other matters, additional time is needed to complete review of the issues and prepare appropriate objections. Accordingly, the

1



defendant respectfully requests an additional ten days within which to file objections to the PSI, so that the objections are due on or before December 18, 2000.

4.  The undersigned has attempted to discuss this motion with AUSA Paul Schwartz but was unable to speak with him.

WHEREFORE the defendant prays that the court grant this motion and allow the defendant an additional ten days within which to file objections to the PSI report.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
400 Australian Ave. North, #300
West Palm Beach, Florida 33401
Telephone: (561) 833-6288
Fax: (561) 833-0368

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 7th day of December, 2000, to Paul Schwartz, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; Theresa D. Bradman, U.S. Probation Officer, Room 315, U.S. Courthouse, 300 N.E. 1st Avenue, Miami, Florida 33132-2126.

_____
Martin J. Bidwill

2