UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EMRO CAPRI,

    Defendant.

_____/



## ORDER

THIS MATTER having come before the Court upon the Defendant's Motion For Extension of Time To File Objections To the Presentence Investigation Report, and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. The defendant shall have until December 18, 2000, within which to file objections to the PSI report.

DONE AND ORDERED this ____ day of December, 2000, at Fort Lauderdale, Florida.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:    Martin J. Bidwill, AFPD
       Paul Schwartz, AUSA
       Theresa D. Bradman, USPO

