UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS
Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EMRO CAPRI,

    Defendant.

_____/

**NIGHT BOX**
**-FILED-**
DEC 27

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## NOTICE OF FILING

COMES NOW, the defendant, by and through the undersigned attorney, and files the attached letters from the defendant's wife and daughters, which the defendant would ask the Court to consider in passing sentence in this cause.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
400 Australian Ave. North, #300
West Palm Beach, FL 33401
(561)833-6288 / 833-0368 (Fax)

1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 27TH day of December, 2000, to Paul Schwartz, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Miami, Florida 33394.

Martin J. Bidwill

December 2, 2000

Dear Honorable William P. Dimitrouleas,

I, Pearline Byro-Capri, have known Emro Capri, my husband, for over twenty years. I am credited to contest that he is a hard working individual who has dedicated his life to his family.

Emro is both a passionately caring and wholly supporting husband and father. His life is a testimony revealing a remarkable character and relentless efforts to assist those in need. For the past years, my husband has contributed financial assistance and community service to Camillus House with intents to help feed the unfortunate homeless residents of Florida. This magnanimous man always purchases fund-raiser merchandise from kids in the neighborhood, whether candy bar or hopeless raffle ticket, even if it is his last dollar. My husband is selfless and altruistic, putting others first as a sacrament of his life.

I know Emro is a wonderful human being when I watch him give back to our family, our friends, and our community. In life, there are several paths ahead of us; and Emro, by chance, chose the wrong one. And that makes him human. Your honor, please take a moment to consider the possibilities that change a man's life. Consider the emotional, financial, and physical security you could give back to our family. Consider the paternal figure you could restore to Emro and my children. Most of all, consider how you could make a positive difference in an American's life.

As your rule your final decision, may it reflect your sublime ability to serve our country. May it reflect both your mercy and your justice. And may it conclude your understanding of the American Dream. Our American Dream is to progress as a loving and supporting family...proud of our oldest daughter as she excels in academe, our youngest daughter as we may together guide her throughout the difficult years, and our strong family; through good times and bad. Thank you for your time, your Honor.

Respectfully yours,

Pearline Byro-Capri

12/10/00

To: The Honorable William P. Dimitrouleas

My name is Christina Capri. I'm 12 years old. My dad's name is Emro Capri. He is a great dad. He devoted all his time and effort to help those who are in need. Please don't put him in jail. I pray and cry every night hoping that he wont go to jail. If he goes away who is going to stay up with me at night when I have a bad dream or watch T.V. with me? Please he is a really good person that wouldn't do anything to harm anyone. He does everything he has to do to support us. All I am asking is that if you can give him another chance. A chance to prove that he is a great person. There must be another

alternitive. Please help us

Respectfully yours,
Christina Capri

December 11, 2000

Your Honor,

Though the format of this letter is not an appealing specimen born of raw legislature, it reflects the words of a humble daughter. As you face your predicament, consider the consequences of your firm decree.

For a man whose hands are slightly soiled by the misfortune of his own bad judgement, my father, Emro Cepin, could be facing a heavy punishment for a slight crime. And those same hands clasped in pentance will be pried from the arms of those who love him.

This blue-collared worker projects anything but the flame of a criminal from his hallowed eyes, moist with the cleansing river potent of pentance and despair.

My family and I are the pulps which cling to the backbone of our lives, my father. He is the guardian provider of our lives. All his efforts are put towards raising his children and supporting his wife; Putting me through college and my sister through emotional changes. This is a critical time in our lives and it may be debilitating to our growth if we are devoid of our father. We seek paternal guidence, or look his approval, and embrace his warmth.

Your judgement, your honor, will be both credible and just. Your actions will reflect your earned title. And my father will accept his sentence, ~~or~~ if that is your ruling, as a martyr does his death, a man who tried to provide for his family. And so will I. Please consider the alternatives. I extend my gratitude for your time.

Respectfully Yours,

Yjolea Jessica Capri
New College of the
University of South Florida