**CRIMINAL MINUTES**

FILED
DEC 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6154-CR-WM   DATE: December 29, 2000

COURTROOM CLERK: Amy Jordan   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Cmro Capri

U.S. ATTORNEY: Paul Schwartz   DEFT. COUNSEL: Martin Bidwell

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Gov't's 5K1.1 motion - granted. Defendant sentenced to 5 years Probation; First 180 days of Probation must be served in home Confinement w/ electronic monitoring; Defendant must pay cost of electronic monitoring; $100.00 Special Assessment; Fine waived. Defense Counsel will submit an Order to discharge suretys from Bond.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: Defendant has 10 days w/in to appeal.