# United States District Court

## Southern District of Florida

UNITED STATES OF AMERICA
v.
**EMRO CAPRI**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **0:00CR06154-006**

**Martin Bidwill, AFPD/Paul Schwartz, AUSA**
Defendant's Attorney

**THE DEFENDANT:**

[X] pleaded guilty to count(s) **ONE (1)**
[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.
[ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1962 (d) | CONSPIRACY TO VIOLATE THE RICO STATUTE | 06/06/2000 | ONE |

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _Amy Jordan_ Deputy Clerk
Date December 29, 2000

FILED by ___ D.C.
DEC 2 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[X] Count(s) **ALL REMAINING** are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **01/20/1952**
Defendant's USM No.: **55354-004**
Defendant's Residence Address:
**15734 Southwest 46th Street**

| Miami | FL | 33185 |

Defendant's Mailing Address:
**15734 Southwest 46th Street**

| Miami | FL | 33185 |

**12/29/2000**
Date of Imposition of Judgment

_/s/ William P. Dimitrouleas_
Signature of Judicial Officer

**WILLIAM P. DIMITROULEAS**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

_December 29, 2000_
Date

550

FILED
JAN - 4 A10:00



No further action required by the U.S. Marshals Service.

James A Tassone
UNITED STATES MARSHAL

SDUSM