UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS
Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EMRO CAPRI,

    Defendant.
_____/

## ORDER

THIS MATTER having come before the Court upon the Defendant's *ore tenus* Motion For Disbursement of Bond, and the Court having been fully advised, it is hereby ORDERED AND ADJUDGED that the motion is GRANTED. The Clerk of this Court is DIRECTED to refund the defendant's cash bail (receipt no. 401 519790), heretofore posted by the law firm of Robbins, Tunkey, Ross, Amsel, et al., in the amount of $5,000, plus any accrued interest, to Robbins, Tunkey, Ross, Amsel, Raben, Waxman, & Eiglarsh, P.A., 2250 S.W. 3rd Avenue, Miami, Florida 33129-2095, taxpayer I.D. number 59-1709242.

DONE AND ORDERED this __19__ day of January, 2001, at Fort Lauderdale, Florida.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: Martin J. Bidwill, AFPD (WPB)
    Paul Schwartz, AUSA (FTL)
    Financial Deputy Clerk (MIA)